# United States District Court
## Violation Notice

CVB Location Code: **CSL**

**Violation Number:** 6842485
**Officer Name (Print):** NHKW
**Officer No.:** 5T11

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense:** 02/24/2021 0725
**Offense Charged:** ☐ CFR ☐ USC ☑ State Code
21 USC 844

**Place of Offense:** INSIDE GATE 44 MCRD WIMBERLY ST

**Offense Description; Factual Basis for Charge:**
CVC 12500(a) UNLICENSED (EXPIRED)

HAZMAT ☐

### DEFENDANT INFORMATION
**Last Name:** BUSTO
**First Name:** CHAD
**MI:** M

**Tag No.:** 5PPB454
**State:** CA
**Year:** 05
**Make/Model:** HONDA CIVIC
**Color:** Grey

A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

Forfeiture Amount: $
+ $30 Processing Fee
PAY THIS AMOUNT → $ Total Collateral Due

### YOUR COURT DATE
**Court Address:** 333 WEST BROADWAY SAN DIEGO CA 92101
**Date:**
**Time:**

X Defendant Signature: **NOT ABLE TO SIGN**

(Rev. 09/2015)  Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____ Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident